UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>    *Plaintiff,*<br><br>v.<br><br>WESTFIELD INSURANCE COMPANY, OHIO SECURITY INSURANCE, COMPANY, ERIE INSURANCE EXCHANGE, and VALLEY FORGE INSURANCE COMPANY,<br><br>    *Defendants.* | Civil Action No. 1:22-cv-02111<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT VALLEY FORGE INSURANCE COMPANY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Valley Forge Insurance Company, that all claims against Defendant Valley Forge Insurance Company in the above-captioned action be, and the same are hereby discontinued with prejudice, without costs to any party as against the other, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: Rye Brook, New York
July 24, 2023

MENZ BONNER KOMAR & KOENIGSBERG LLP

By: _____
Michael S. Komar (*pro hac vice*)
mkomar@mbkklaw.com
Melissa K. Driscoll (*pro hac vice*)
mdriscoll@mbkklaw.com
800 Westchester Avenue, Suite 641-N
Rye Brook, New York, 10573

CNA COVERAGE LITIGATION GROUP

By: _____
Julie K. Linhart, Bar No. 985754
julie.linhart@cna.com
151 N. Franklin Street, 7th Floor
Chicago, Illinois 60606
Telephone: (813) 880-5168
(312) 822-6027
*Counsel for Defendant Valley Forge Insurance Company*

LERCH, EARLY & BREWER, CHARTERED
Lauri E. Cleary, Bar # 410975
lecleary@lerchearly.com
Ashley A. Norton, Bar # 1028872
aanorton@lerchearly.com
7600 Wisconsin Ave, Suite 700
Bethesda, Maryland 20814
*Counsel for Plaintiff Hartford Fire Insurance Company*

SO ORDERED:

_____
THE HONORABLE CARL J. NICHOLS
DISTRICT JUDGE