UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, <br><br> *Plaintiff*, <br><br> v. <br><br> WESTFIELD INSURANCE COMPANY, OHIO SECURITY INSURANCE, COMPANY, ERIE INSURANCE EXCHANGE, and VALLEY FORGE INSURANCE COMPANY, <br><br> *Defendants*. | Civil Action No. 1:22-cv-02111-CJN <br><br> JURY TRIAL DEMANDED |

## STATUS REPORT

Plaintiff Hartford Fire Insurance Company ("Hartford") submits this Status Report as a follow-up to the parties' May 26, 2023 joint status report, to apprise the Court of Hartford's next steps in this action.

Since the filing of the joint status report, Hartford and Defendant Valley Forge Insurance Company ("Valley Forge") have reached a settlement with respect to all of Hartford's claims against Valley Forge in this action. Accordingly, Hartford has filed the attached Stipulation of Dismissal with prejudice as to Valley Forge.

Hartford has not resolved its claims against the remaining three defendants in this action. As explained in the May 26 joint status report, there is a concern as to the existence of diversity of citizenship between Hartford and Defendant Erie Insurance Exchange. As Hartford has not resolved with the three remaining defendants, we have sent them the attached Stipulation of Dismissal without prejudice for execution so it can be filed and this action fully dismissed in order for a new case to be filed against those parties in state court.

Dated:  July 26, 2023

Respectfully submitted,

MENZ BONNER KOMAR & KOENIGSBERG LLP

By:     */s/ Michael S. Komar*
        Michael S. Komar (*pro hac vice*)
        mkomar@mbkklaw.com
        Melissa K. Driscoll (*pro hac vice*)
        mdriscoll@mbkklaw.com
        800 Westchester Avenue, Suite 641-N
        Rye Brook, New York 10573
        *Attorneys for Plaintiff Hartford Fire Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARTFORD FIRE INSURANCE
COMPANY,

    *Plaintiff,*

v.

WESTFIELD INSURANCE COMPANY,
OHIO SECURITY INSURANCE,
COMPANY, ERIE INSURANCE
EXCHANGE, and VALLEY FORGE
INSURANCE COMPANY,

    *Defendants.*

Civil Action No. 1:22-cv-02111

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT VALLEY FORGE INSURANCE
COMPANY PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Valley Forge Insurance Company, that all claims against Defendant Valley Forge Insurance Company in the above-captioned action be, and the same are hereby discontinued with prejudice, without costs to any party as against the other, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: Rye Brook, New York
July 24, 2023

MENZ BONNER KOMAR & KOENIGSBERG
LLP

By: _____
Michael S. Komar (*pro hac vice*)
mkomar@mbkklaw.com
Melissa K. Driscoll (*pro hac vice*)
mdriscoll@mbkklaw.com
800 Westchester Avenue, Suite 641-N
Rye Brook, New York, 10573

CNA COVERAGE LITIGATION GROUP

By: _____
Julie K. Linhart, Bar No. 985754
julie.linhart@cna.com
151 N. Franklin Street, 7th Floor
Chicago, Illinois 60606
Telephone: (813) 880-5168
             (312) 822-6027
*Counsel for Defendant Valley Forge
Insurance Company*

LERCH, EARLY & BREWER, CHARTERED
Lauri E. Cleary, Bar # 410975
lecleary@lerchearly.com
Ashley A. Norton, Bar # 1028872
aanorton@lerchearly.com
7600 Wisconsin Ave, Suite 700
Bethesda, Maryland 20814
*Counsel for Plaintiff Hartford Fire Insurance Company*

SO ORDERED:

_____
THE HONORABLE CARL J. NICHOLS
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTFIELD INSURANCE COMPANY, OHIO SECURITY INSURANCE, COMPANY, ERIE INSURANCE EXCHANGE, and VALLEY FORGE INSURANCE COMPANY,<br><br>*Defendants*. | Civil Action No. 1:22-cv-02111-CJN<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Hartford Fire Insurance Company and Defendants Westfield Insurance Company, Ohio Security Insurance Company, and Erie Insurance Exchange, that all claims against Defendants Westfield Insurance Company, Ohio Security Insurance Company, and Erie Insurance Exchange in the above-captioned action be, and the same are hereby discontinued, without prejudice, without costs to any party as against the other, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

MENZ BONNER KOMAR & KOENIGSBERG LLP

By:   */s/ Michael S. Komar*
     Michael S. Komar (*pro hac vice*)
     mkomar@mbkklaw.com
     Melissa K. Driscoll (*pro hac vice*)
     mdriscoll@mbkklaw.com
     800 Westchester Avenue, Suite 641-N
     Rye Brook, New York, 10573
     Telephone: (914) 949-0222

FRANKLIN & PROKOPIK, P.C.

By:   _____
     Miranda D. Russell, Bar No. 230084
     mdrussel@fandpnet.com
     David A. Skomba (*pro hac vice*)
     dskomba@fandpnet.com
     2 N. Charles Street, Suite 600
     Baltimore, Maryland 21201
     Telephone: (410) 230-3616
     Fax: (410) 752-6868
     *Counsel for Defendant Westfield Insurance Company*

LERCH, EARLY & BREWER, CHARTERED

    Lauri E. Cleary, Bar # 410975
    lecleary@lerchearly.com
    Ashley A. Norton, Bar # 1028872
    aanorton@lerchearly.com
    7600 Wisconsin Ave, Suite 700
    Bethesda, Maryland 20814

*Counsel for Plaintiff Hartford Fire Insurance Company*

| CROWELL & MORING LLP | HANCOCK, DANIEL & JOHNSON, P.C. |
|---|---|
| By: _____ | By: _____ |
| Laura A. Foggan | John B. Mumford, Jr., Bar No. 1027364 |
| lfoggan@crowell.com | jmumford@hancockdaniel.com |
| Miranda Turner | Jessica Swauger |
| mturner@crowell.com | jswauger@hancockdaniel.com |
| 1001 Pennsylvania Avenue NW | 4701 Cox Road, Suite 400 |
| Washington, DC 20004 | Glen Allen, Virginia 23060 |
| Telephone: (202) 624-2500 | Telephone: (804) 967-9604 |
| *Counsel for Defendant Ohio Security Insurance Company* | *Counsel for Defendant Erie Insurance Exchange* |

SO ORDERED:

_____
THE HONORABLE CARL J. NICHOLS
DISTRICT JUDGE

2